# EXHIBIT 1

## Highlight Video will be emailed to Chambers.