1    Ryan D. Watstein (*admitted pro hac vice*)
     Georgia Bar No. 266019
2    Patrick J. Fitzgerald (*admitted pro hac vice*)
     Georgia Bar No. 405638
3    **WATSTEIN TEREPKA LLP**
4    75 14th Street NE, Ste. 2600
     Atlanta, Georgia 30309
5    Telephone: 404-782-0695
6    ryan@wtlaw.com
     pfitzgerald@wtlaw.com
7
8    *Counsel for Plaintiff PivotHealth*
     *Holdings, LLC*
9

10              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF ARIZONA**
11

12   PivotHealth Holdings, LLC,

13          Plaintiff,                              Civil Action 2:24-cv-01786-MTL

14   v.                                            **JOINT MOTION FOR**
                                                   **SETTLEMENT CONFERENCE**
15   Lucas Horton,

16          Defendant.

17          Plaintiff PivotHealth Holdings, LLC and Defendant Lucas Horton (collectively, the

18   "Parties") file this joint motion for a settlement conference before a magistrate judge.

19          1.      The Parties each filed a motion for summary judgment, and those motions

20   are fully briefed and currently pending.

21          2.      The Case Management Order requires the Parties to engage in an in-person

22   settlement conference by March 6, 2026. ECF No. 48 ¶ 11. The Court invited the Parties to

23   schedule a settlement conference before a magistrate judge if they need assistance in those talks.

24   *Id.*; ECF No. 53, 14:24–15:11.

25          3.      Based on prior interactions and the current posture of this case, the Parties

26   do not believe that direct, in-person settlement negotiations will be productive.

27          4.      The Parties therefore ask the Court to schedule a settlement conference with

28   a magistrate judge. The Parties will make themselves available at the Court's convenience.

                                              1

1    In light of the foregoing, the Parties ask the Court to grant this motion and schedule

2    a settlement conference with a magistrate judge.

3    DATED: Febueray 3, 2026

4    **WATSTEIN TEREPKA LLP**

5

6    */s/ Ryan D. Watstein*
     Ryan D. Watstein (*admitted pro hac vice*)
     ryan@wtlaw.com

7    Patrick J. Fitzgerald (*admitted pro hac vice*)
     pfitzgerald@wtlaw.com

8    75 14th Street NE, Ste. 2600

9    Atlanta, Georgia 30309
     Tel. (404) 782-0695

10

11   *Attorneys for Plaintiff*
     *PivotHealth Holdings, LLC*

12

13   */s/ Lucas Horton*
     Lucas Horton

14   lukeduke365@yahoo.com
     1202 Stratford Dr

15   Richardson, TX 75080
     Tel: (469-350-8428)

16

17   *Pro Se*

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on  Feburary 3, 2026, I caused a true and correct copy of the

3

foregoing to be electronically filed a with the Clerk of the Court by using the CM/ECF

4

system, which will send a notice of electronic filing to all counsel of record and via email

5

and U.S. first class mail, postage prepaid as follows:

6

Lucas Horton
1202 Stratford

7

Richardson, TX 75080
Email:  lukeduke365@yahoo.com

8

9

*/s/ Ryan D. Watstein*

10

Ryan D. Watstein

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1