IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PivotHealth Holdings LLC, | No. CV-24-01786-PHX-SHD |
| Plaintiff, | **ORDER** |
| v. | |
| Lucas B. Horton, | |
| Defendant. | |

Good cause appearing,

**IT IS ORDERED** granting the parties' Joint Motion for Settlement Conference, (Doc. 80).

**IT IS FURTHER ORDERED** referring this matter to United States Magistrate Judge Alison S. Bachus (selected by random draw) for a Settlement Conference. The parties are directed to jointly contact the chambers of Judge Bachus by emailing bachus_chambers@azd.uscourts.gov or calling (602) 322-7610 no later than ten (10) days from the date of this order to schedule a Settlement Conference and for instructions regarding preparation for the conference.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 4th day of February, 2026.

_____
Honorable Sharad H. Desai
United States District Judge