Ryan D. Watstein (*admitted pro hac vice*)
Georgia Bar No. 266019
Patrick J. Fitzgerald (*admitted pro hac vice*)
Georgia Bar No. 405638
**WATSTEIN TEREPKA LLP**
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Telephone: 404-782-0695
ryan@wtlaw.com
pfitzgerald@wtlaw.com

*Counsel for Plaintiff PivotHealth Holdings, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PivotHealth Holdings, LLC,<br><br>    Plaintiff,<br>v.<br><br>Lucas Horton,<br><br>    Defendant. | Civil Action 2:24-cv-01786-MTL<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Plaintiff PivotHealth Holdings, LLC and Defendant Lucas Horton (collectively, the "Parties") file this joint report on settlement talks, informing the Court of the following.

1. The Case Management Order requires the Parties to engage in a good faith effort to settle this matter. ECF No. 48 ¶ 11. During the initial scheduling conference, the Court told the Parties it expected them to comply with the conferral requirement, notwithstanding that this case may be "a tricky one to settle."

2. Consistent with that directive, the Parties asked this Court to schedule a settlement conference with a magistrate judge. ECF 80. The Court granted that motion and appointed Judge Bachus.

3. As part of Judge Bachus's settlement procedure, Pivot served a settlement demand on Lucas Horton, which he declined.

4. After the parties' preliminary settlement conference, Horton informed Judge Bachus that he believed a settlement conference would be futile.

5. After speaking with the parties, Judge Bachus vacated the conference, finding that it would be futile. ECF No. 87.

6. In light of the vacated settlement conference, the Parties' respective dispositive motions, and past interactions, the Parties agree that settlement is unlikely at this time, and continued negotiations will be unproductive.

DATED: March 13, 2026

**WATSTEIN TEREPKA LLP**

*/s/ Ryan D. Watstein*
Ryan D. Watstein (*admitted pro hac vice*)
ryan@wtlaw.com
Patrick J. Fitzgerald (*admitted pro hac vice*)
pfitzgerald@wtlaw.com
75 14th Street NE, Ste. 2600
Atlanta, Georgia 30309
Tel. (404) 782-0695

*Attorneys for Plaintiff*
*PivotHealth Holdings, LLC*

*/s/ Lucas Horton*
Lucas Horton
lukeduke365@yahoo.com
1202 Stratford Dr
Richardson, TX 75080
Tel: (469-350-8428)

*Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026, I caused a true and correct copy of the foregoing to be electronically filed a with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record and via email and U.S. first class mail, postage prepaid as follows:

Lucas Horton
1202 Stratford
Richardson, TX 75080
Email: lukeduke365@yahoo.com

　　　　　　　　　　*/s/ Ryan D. Watstein*
　　　　　　　　　　Ryan D. Watstein